# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1779
Lower Tribunal No. 12-15166 SP
_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Millennium Radiology, LLC, etc.**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Marks & Fleischer, P.A., and Gary Marks (Ft. Lauderdale), for appellee.

Before FERNANDEZ, C.J., and SCALES, and HENDON, JJ.

PER CURIAM.

United Automobile Insurance Company ("United Auto") appeals the final judgment entered by the trial court after entry of summary judgment on the reasonableness of a diagnostic test based on the doctrine of collateral estoppel. We reverse and remand consistent with our recent decision in United Automobile Insurance Co. v. Millennium Radiology, LLC, 337 So. 3d 834 (Fla. 3d DCA 2022) ("Millennium's 'identity' is not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case. The identity element of collateral estoppel, therefore, is not satisfied.").

In light of our decision, we decline to address United Auto's second issue on appeal regarding accord and satisfaction since the summary judgment order entered thereon now becomes a non-final, non-appealable order.

Reversed and remanded for further proceedings.